UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br>DONALD S. TOOMER,<br>　　　　　　　　Defendant. | Case No. 2:17-cr-00193-LRH-CWH<br><br>ORDER |

Before this Court is the Order of U.S. Magistrate Judge C. W. Hoffmann, Jr. (ECF No. 59) entered on August 6, 2018, recommending denying defendant's Motion for a Bill of Particulars (ECF No. 28) entered on February 5, 2018. On August 21, 2018, defendant filed his sealed Objections to Magistrate Judge Hoffman's Order Denying Mr. Toomer's Request for a Bill of Particulars (ECF No. 63) and on September 26, 2018, the government filed its sealed Response in Opposition to Defendant Toomer's Objections to Magistrate Judge Hoffman's Order Denying Mr. Toomer's Request for a Bill of Particulars (ECF No. 69).

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 1-3 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered defendant's objections, the response of the government, and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 3-1. The Court

finds that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law, and determines that the Magistrate Judge's Order (ECF No. 59) entered on August 6, 2018, with regard to this issue should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Order (ECF No. 59) entered on August 6, 2018, with regard to a Bill of Particulars is adopted and accepted, and defendant's Motion for a Bill of Particulars (ECF No. 28) is DENIED.

The court finds no need for an oral argument on this motion and, therefore, IT IS FURTHER ORDERED that defendant's request for oral argument is DENIED.

IT IS SO ORDERED.

DATED this 16th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE