UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DONALD S. TOOMER,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cr-00193-LRH-CWH<br><br>MINUTE ORDER<br><br>December 3, 2018 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>　NONE APPEARING　</u>　　REPORTER: <u>　NONE APPEARING　</u>

COUNSEL FOR PLAINTIFF(S): <u>　　　　NONE APPEARING　　</u>

COUNSEL FOR DEFENDANT(S): <u>　　　　NONE APPEARING　　</u>

**MINUTE ORDER IN CHAMBERS**:

　　　During the filing of motions, responses and replies to filings underlying Magistrate Judge Hoffman's Order (ECF No. 59), as well as objections and responses to that order which were considered by the court in drafting its orders adopting and accepting Judge Hoffman's order (ECF Nos. 76, 77 and 78), various motions to seal were filed. The court having reviewed these motions to seal, and good cause appearing,

　　　IT IS ORDERED that motions to seal ECF Nos. 53, 55, 62 and 67 are GRANTED, *nunc pro tunc*.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: <u>　　　　/s/　　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk